# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 <br> 16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *ALL ACTIONS* | |

## ORDER

**AND NOW,** this 5th day of June 2018, upon consideration of State Plaintiffs' Motions for a Separate Government Track [MDL Doc. No. 525] and for Leave to File a Consolidated Amended Complaint [Doc. No. 3 in Civil Action No. 17-3768], and the responses and replies and arguments of counsel in support of and in opposition thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motions are **GRANTED**. A Third Electronic Case Management Order shall be entered this date, and Plaintiffs shall file the Consolidated Amended Complaint in accordance with that Order no later than June 19, 2018.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**