IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 16-MD-2724 |
| THIS DOCUMENT RELATES TO: *State Attorneys General Litigation* | HON. CYNTHIA M. RUFE Civil Action No. 17-3768 |

**DEFENDANT ASCEND LABORATORIES, LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ascend Laboratories, LLC, hereby states that it is a wholly-owned subsidiary of Alkem Laboratories Ltd., which is a publicly-traded company. Alkem Laboratories Ltd. is the only publicly-traded company that owns 10% or more of the stock of Ascend Laboratories, LLC.

Dated: August 14, 2018                             Respectfully submitted,

*/s/ W. Gordon Dobie*
W. Gordon Dobie
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
WDobie@winston.com

*Counsel for Defendant Ascend Laboratories, LLC*

*/s/ Irving Wiesen*
Irving Wiesen
LAW OFFICES OF IRVING L. WIESEN, P.C.
420 Lexington Avenue - Suite 2400
New York, New York 10170
Tel: (212) 381-8774
Fax: (646) 536-3185
IWiesen@wiesenlaw.com
(Appearance forthcoming)

*Counsel for Defendant Ascend Laboratories, LLC*

## **CERTIFICATE OF SERVICE**

      I, W. Gordon Dobie, hereby certify that a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement was served on all counsel of record via ECF on August 14, 2018. Pursuant to Local Rule 5.1.2(8)(b), I further certify that the foregoing document is available for viewing and downloading on ECF.

Dated: August 14, 2018                                                             /s/ W. Gordon Dobie
                                                                                                    W. Gordon Dobie