# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*State Attorneys General Litigation* | HON. CYNTHIA M. RUFE<br>Case No. 17-cv-03768 |

## ORDER

**AND NOW**, this 4th day of September 2018, it is hereby **ORDERED** that the attached stipulation is **APPROVED**. The deadline for the Stipulating Defendants to move against, answer, or otherwise respond to the Plaintiff States' Consolidated Amended Complaint in the above-captioned case is **ADJOURNED** pursuant to the procedure set forth in Pretrial Order No. 51.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*State Attorneys General Litigation* | HON. CYNTHIA M. RUFE<br>Case No. 2:17-cv-03768-CMR |

**JOINT STIPULATION TO WAIVE SERVICE AND EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE PLAINTIFF STATES' CONSOLIDATED AMENDED COMPLAINT**

WHEREAS, the States of Connecticut, Alabama, Alaska, Arizona, Arkansas, California, Colorado, Delaware, Florida, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, Tennessee, Utah, Vermont, Washington, West Virginia, Wisconsin and Wyoming, and the Commonwealths of Kentucky, Massachusetts, Pennsylvania, Puerto Rico and Virginia, and the District of Columbia (collectively "Plaintiff States") filed a Consolidated Amended Complaint on June 18, 2018, in *State of Connecticut et al. v. Actavis Holdco U.S., Inc. et al.*, Case No. 2:17-cv-03768-CMR, which is centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-02724-CMR, MDL No. 2724;

WHEREAS, Defendants Actavis Holdco U.S., Inc., Actavis Pharma, Inc., Apotex Corp., Aurobindo Pharma USA, Inc., Citron Pharma LLC, Dr. Reddy's Laboratories, Inc., Glenmark Pharmaceuticals, Inc., USA, Heritage Pharmaceuticals Inc., Lannett Company, Inc., Rajiv Malik, Mayne Pharma Inc., Mylan Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Sandoz Inc., Sun Pharmaceutical Industries, Inc., Teva Pharmaceuticals USA, Inc., and Zydus

Pharmaceuticals (USA), Inc., (collectively, "Stipulating Defendants")[1] have agreed to waive service of the Consolidated Amended Complaint and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to the Plaintiff States' Consolidated Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The Stipulating Defendants waive service of the Plaintiff States' Consolidated Amended Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. In exchange for their agreement to waive service, the deadline for the Stipulating Defendants to move against, answer, or otherwise respond to the Plaintiff States' Consolidated Amended Complaint is ADJOURNED pursuant to Pretrial Order No. 51.

3. This stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: August 30, 2018

/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Telephone: (860) 808-5040
Fax: (860) 808-5033
Joseph.nielsen@ct.gov

*Liaison Counsel for the Plaintiff States*

/s/ Jan P. Levine
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4714
Fax: (215) 981-4750
levinej@pepperlaw.com

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway

---

[1] Emcure Pharmaceuticals, Ltd. and Satish Mehta do not agree to waive service of the Plaintiff States' Consolidated Amended Complaint.

New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com

*/s/ Laura S. Shores*
Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Liaison Counsel for Defendants**