IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ATTORNEYS GENERAL LITIGATION* | 17-3768 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Apotex Corp. makes the following disclosure:

1. Apotex Corp. is a nongovernmental party and a direct wholly-owned subsidiary of Aposherm Delaware Holding Corporation, which is an indirect wholly-owned subsidiary of Apotex Holdings, Inc.

2. No publicly held company directly or indirectly owns more than ten percent of the stock of Apotex Holdings, Inc.

Dated: October 23, 2018

Respectfully submitted,

/s/ James W. Matthews
James W. Matthews
John F. Nagle
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
jmatthews@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl

        Timothy J. Patterson
        FOLEY & LARDNER LLP
        777 E. Wisconsin Avenue
        Milwaukee, WI 53202
        Tel:  (414) 271-2400
        Fax:  (414) 297-4900
        jmckeown@foley.com
        ehaas@foley.com
        kgehl@foley.com
        tjpatterson@foley.com

*Attorneys for Apotex Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record via CM/ECF on October 23, 2018.

        */s/ James W. Matthews*
        James W. Matthews