IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | 17-cv-03768 (CMR) |
| *State Attorneys General Litigation* | |

**CORPORATE DISCLOSURE STATEMENT OF EMCURE
PHARMACEUTICALS LTD. PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Emcure Pharmaceuticals Ltd. ("Emcure"), a business entity organized under the laws of India, by and through its undersigned counsel hereby states that it does not have a parent company and that no publicly held corporation owns 10% or more of its stock.

1

**Dated:** May 31, 2019

Respectfully submitted,

**LATHAM & WATKINS LLP**

*Attorneys for Defendants*
*Emcure Pharmaceuticals Ltd.*
*and Satish Mehta*

<u>/s/ Michael Lacovara</u>
Michael Lacovara
(NY Bar #2363448; CA Bar # 209279)
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
michael.lacovara@lw.com

<u>s/ Marguerite M. Sullivan</u>
Marguerite M. Sullivan
(DC Bar #497894)
Latham & Watkins LLP
555 Eleventh Street, N.W.
Washington, D.C., 20004
(202) 637-2200
marguerite.sullivan@lw.com

<u>/s/ Allyson M. Maltas</u>
Allyson M. Maltas
(DC Bar # 494566)
Latham & Watkins LLP
555 Eleventh Street, N.W.
Washington, D.C., 20004
(212) 906-1200
allyson.maltas@lw.com

<u>/s/ Elizabeth A. Parvis</u>
Elizabeth A. Parvis
(NY Bar # 5503701)
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
elizabeth.parvis@lw.com