IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*State Attorneys General Litigation* | 17-cv-03768 (CMR) |

### EMCURE PHARMACEUTICALS LTD. AND SATISH MEHTA'S MOTION TO DISMISS THE PLAINTIFF STATES' CONSOLIDATED AMENDED COMPLAINT

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Emcure Pharmaceuticals Ltd. ("Emcure") and Satish Mehta ("Mr. Mehta") hereby move to dismiss with prejudice all claims asserted against them in the Plaintiff States' Consolidated Amended Complaint ("Complaint") (Case No. 17-cv-3768, Doc. No. 15). The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Emcure Pharmaceuticals Ltd. and Satish Mehta's Motion to Dismiss the Plaintiff States' Consolidated Amended Complaint. In addition to asserting arguments unique to Emcure and Mr. Mehta, the accompanying Memorandum of Law incorporates by reference the arguments made in support of Defendants' Joint Motion to Dismiss Plaintiffs' Overarching Conspiracy Claims (Case No. 17-cv-3768, Doc. No. 70), Defendants' Joint Motion to Dismiss Plaintiffs' State-Law Claims, and Defendants' Joint Motion to Dismiss Plaintiffs' Federal Law Claims For Lack of Standing (Case No.

17-cv-3768, Doc. No. 74).  For the reasons set forth in these memoranda, this Court should dismiss all claims against Emcure and Mr. Mehta contained in the Plaintiff States' Consolidated Amended Complaint.  Emcure and Mr. Mehta request oral argument on this Motion to Dismiss, pursuant to Rule 7.1(f) of the Local Rules of Civil Procedure.

**Dated:** May 31, 2019

Respectfully submitted,

**LATHAM & WATKINS LLP**

*Attorneys for Defendants
Emcure Pharmaceuticals Ltd.
and Satish Mehta*

*/s/ Michael Lacovara*
Michael Lacovara
(NY Bar #2363448; CA Bar # 209279)
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
michael.lacovara@lw.com

*s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
(DC Bar #497894)
Latham & Watkins LLP
555 Eleventh Street, N.W.
Washington, D.C., 20004
(202) 637-2200
marguerite.sullivan@lw.com

*/s/ Allyson M. Maltas*
Allyson M. Maltas
(DC Bar # 494566)
Latham & Watkins LLP
555 Eleventh Street, N.W.
Washington, D.C., 20004
(212) 906-1200
allyson.maltas@lw.com

*/s/ Elizabeth A. Parvis*
Elizabeth A. Parvis
(NY Bar # 5503701)
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
elizabeth.parvis@lw.com