# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 16-MD-2724 HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | 17-cv-03768 (CMR) |
| *State Attorneys General Litigation* | |

## DECLARATION OF SATISH MEHTA

I, SATISH MEHTA, declare under penalty of perjury as follows:

1.      I submit this declaration in support of the Motion to Dismiss the Plaintiff States' Amended Complaint submitted by Defendants Emcure Pharmaceuticals Ltd. ("Emcure") and Satish Mehta.  Except as otherwise indicated, all facts set forth in this declaration are based on my personal knowledge.

2.      I am the Managing Director and Chief Executive Officer at Emcure.  I currently serve on Emcure's Board of Directors.  I have served on Emcure's Board of Directors since I founded the company in 1981.

3.      I have served on the Board of Directors of Heritage Pharmaceuticals Inc. ("Heritage"), a wholly owned, but indirect, subsidiary of Emcure, from 2011 to present.

4.      I am not an officer of Heritage, and I do not participate in Heritage's day-to-day operations.

5.      I am not an officer of Heritage Pharma Labs Inc. (formally known as Emcure Pharmaceuticals USA, Inc.) ("HPL"), and I do not participate in HPL's day-to day operations.

6.      I reside at Prasanna no. 4, Pune Mumbai Road Kirkee, Pune, India.  I do not maintain, and never have maintained, a residence in the United States.

7.      I do not own or maintain real property in the United States.

8.      I am not a member of any personal or professional organizations in the United States.

9.      I have never held a job in the United States.

[*INTENTIONALLY LEFT BLANK – SIGNATURE PAGE TO FOLLOW*]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on: May 29, 2019                    By: _____

                                                  Satish Mehta