# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 16-MD-2724 HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *The State Attorney General Litigation* | Civil Action No. 17-3768 |

DECLARATION OF DANIEL H. LEFF
IN SUPPORT OF STATES' RESPONSE IN OPPOSITION TO EMCURE
PHARMACEUTICALS LTD. AND SATISH MEHTA'S MOTION TO DISMISS THE
PLAINTIFF STATES' CONSOLIDATED AMENDED COMPLAINT

I, Daniel H. Leff, declare under penalty of perjury as follows:

1.      I am an Assistant Attorney General for the Commonwealth of Massachusetts and am one of the counsel for the Plaintiff States ("States") in this action.  I make this declaration in support of States' opposition to Defendant Satish Mehta and Emcure Pharmaceuticals Ltd.'s ("Emcure") motion to dismiss States Consolidated Amended Complaint.

2.      I am familiar with the documents attached to this declaration, which include publicly available documents and documents produced by Heritage Pharmaceuticals, Inc. ("Heritage") to the Connecticut Attorney General's Office during the course of Connecticut's investigation into antitrust violations in the generic pharmaceuticals industry.  The documents produced by Heritage are marked with Bates numbers beginning with "HER" or "EMC."

3.      Attached hereto as Attachment 1 is an excerpt of a true and correct copy of a document Bates numbered HER-CTAG-000542966-000543092.

1

4.     Attached hereto as Attachment 2 is a true and correct copy of a corporate disclosure filed by Heritage in Heritage Pharmaceuticals Inc. v. Glazer, 3:16-cv-08483-PGS-TJB (D.N.J.).

5.     Attached hereto as Attachment 3 is a true and correct copy of a document Bates numbered EMC-VT-00007977-00007982 and its transmittal email Bates numbered EMC-VT-00018527.

6.     Attached hereto as Attachment 4 is a true and correct copy of a document Bates numbered EMC-SM-00003154-00003155.

7.     Attached hereto as Attachment 5 is an excerpt of a true and correct copy of a document Bates numbered EMC-VT-00002249-00002284.

8.     Attached hereto as Attachment 6 is a true and correct copy of a February 6, 2019 press release posted on Emcure's website.

9.     Attached hereto as Attachment 7 is a true and correct copy of a document Bates numbered EMC-SM-00005865-00005868.

10.     Attached hereto as Attachment 8 is a true and correct copy of a document Bates numbered EMC-SM-00005014-00005018.

11.     Attached hereto as Attachment 9 is a true and correct copy of a document Bates numbered EMC-VT-00000876-00000877.

12.     Attached hereto as Attachment 10 is an excerpt of a true and correct copy of a document Bates numbered HER-CTAG-000542602-000542722.

13.     Attached hereto as Attachment 11 is a true and correct copy of a document Bates numbered EMC-SM-00006189-00006190.

2

14.     Attached hereto as Attachment 12 is a true and correct copy of a document Bates numbered EMC-SM-00000221-00000222.

15.     Attached hereto as Attachment 13 is a true and correct copy of a document Bates numbered EMC-SM-00006300-00006301.

16.     Attached hereto as Attachment 14 is a true and correct copy of a document Bates numbered EMC-SM-00004564-00004567.

17.     Attached hereto as Attachment 15 is a true and correct copy of a document Bates numbered EMC-SM-00005621-00005623.

18.     Attached hereto as Attachment 16 is a true and correct copy of a document Bates numbered EMC-SM-00005956-00005963.

19.     Attached hereto as Attachment 17 is a true and correct copy of a document Bates numbered EMC-VT-00000506.

20.     Attached hereto as Attachment 18 is a true and correct copy of a document Bates numbered EMC-SM-00000070-00000076 and its transmittal email Bates numbered EMC-SM-00005691-00005692.

21.     Attached hereto as Attachment 19 is a true and correct copy of a document Bates numbered HER-CTAG-000635133.

22.     Attached hereto as Attachment 20 is a true and correct copy of a document Bates numbered EMC-SM-00000362-00000365.

23.     Attached hereto as Attachment 21 is a true and correct copy of a document Bates numbered EMC-SM-00004366.

24.     Attached hereto as Attachment 22 is a true and correct copy of a document Bates numbered EMC-SM-00002061-00002064.

25.     Attached hereto as Attachment 23 is a true and correct copy of a document Bates numbered HER-JM-000020747-000020751.

26.     Attached hereto as Attachment 24 is a true and correct copy of a document Bates numbered EMC-SM-00005042-00005044.

27.     Attached hereto as Attachment 25 is a true and correct copy of a document Bates numbered EMC-VT-00012318-00012319.

28.     Attached hereto as Attachment 26 is a true and correct copy of a document filed by Emcure and Heritage in *Novartis Pharm. Corp. v. Accord Healthcare Inc.*, C.A. No. 18-1043-LPS (D. Del.).

29.     Attached hereto as Attachment 27 is a true and correct copy of a document Bates numbered HER-CTAG-000037848.

30.     Attached hereto as Attachment 28 is a true and correct copy of a document Bates numbered EMC-VT-00016337-00016339.

31.     Attached hereto as Attachment 29 is a true and correct copy of a document Bates numbered EMC-SM-00004278-00004279.

32.     Attached hereto as Attachment 30 is a true and correct copy of a document Bates numbered EMC-SM-00005147-00005148.

33.     Attached hereto as Attachment 31 is a true and correct copy of a document Bates numbered EMC-VT-00002312.

34.     Attached hereto as Attachment 32 is a true and correct copy of a document Bates numbered EMC-VT-00014687.

35.     Attached hereto as Attachment 33 is a true and correct copy of a document Bates numbered EMC-VT-00003691-00003692.

36.     Attached hereto as Attachment 34 is a true and correct copy of a record of Emcure's Missouri drug distributor license.

37.     Attached hereto as Attachment 35 is a true and correct copy of search results on the U.S. Food and Drug Administration Orange Book website for drugs Emcure has had approved for sale in the United States.

38.     Attached hereto as Attachment 36 is a true and correct copy of a document Bates numbered EMC-SM-00001174-00001176.

39.     Attached hereto as Attachment 37 is a true and correct copy of a document Bates numbered EMC-SM-00000230-00000231.

40.     Attached hereto as Attachment 38 is a true and correct copy of a document Bates numbered EMC-VT-00016305.

41.     Attached hereto as Attachment 39 is a true and correct copy of a document Bates numbered EMC-VT-00012611-00012612.


I declare under penalty of perjury that the forgoing is true and accurate to the best of my knowledge.


Executed on: July 26, 2019                    By: _____

                                              Daniel H. Leff

5

# Attachment 1
# (filed under seal)

# Attachment 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

HERITAGE PHARMACEUTICALS INC.,

        Plaintiff,

    v.

JEFFREY A. GLAZER and
JASON T. MALEK,

        Defendants.

**CORPORATE DISCLOSURE
STATEMENT**

Liza M. Walsh
Marc. D. Haefner
WALSH PIZZI O'REILLY FALANGA LLP
  One Riverfront Plaza
  1037 Raymond Blvd., Suite 600
  Newark, NJ 07102
  (t) (973) 757-1100
  (f) (973) 757-1090


Daniel W. Nelson (*pro hac vice forthcoming*)
William Jeremy Robison (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
  1050 Connecticut Ave., N.W.
  Washington, D.C. 20036
  (t) (202) 955-8500
  (f) (202) 467-0539


*Attorneys for Plaintiff Heritage Pharmaceuticals Inc.*


## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Heritage

Pharmaceuticals Inc. (a non-governmental corporate party), by and through counsel, hereby

states as follows regarding affiliates:

Plaintiff Heritage Pharmaceuticals Inc. is a wholly owned subsidiary of Heritage

Pharmaceuticals Holdings Inc., which is a wholly owned subsidiary of Emcure Pharmaceuticals

Ltd., an Indian corporation.  Plaintiff Heritage Pharmaceuticals Inc. is not a publicly traded

entity, and no other parent corporation or publicly held corporation holds 10% or more of

Plaintiff Heritage Pharmaceuticals Inc.'s stock.

We certify under penalty of perjury the foregoing statements are true and correct.


Dated:  November 10, 2016            Respectfully submitted,

                                     By:*/s/Liza M. Walsh*
                                     Liza M. Walsh
                                     Marc D. Haefner
                                     WALSH PIZZI O'REILLY FALANGA LLP
                                     One Riverfront Plaza
                                     1037 Raymond Blvd., Suite 600
                                     Newark, NJ 07102
                                     Telephone: (973) 757-1100
                                     Facsimile: (973) 757-1090
                                     Email: lwalsh@walsh.law

                                     Daniel W. Nelson (*pro hac vice forthcoming*)
                                     William Jeremy Robison (*pro hac vice forthcoming*)
                                     GIBSON, DUNN & CRUTCHER LLP
                                     1050 Connecticut Ave., N.W.
                                     Washington, D.C. 20036
                                     Telephone: (202) 887-3687
                                     Facsimile: (202) 530-9571
                                     Email: dnelson@gibsondunn.com

                                     *Attorneys for Plaintiff Heritage Pharmaceuticals, Inc.*

# Attachment 3
# (filed under seal)

# Attachment 4
# (filed under seal)

# Attachment 5
# (filed under seal)

# Attachment 6

 *Value Driven Medicine*

**Heritage Pharma Labs Inc. Announces Acquisition of 23 FDA-Approved ANDAs**

*East Brunswick, NJ, February 6, 2019* – Heritage Pharma Labs Inc. (Heritage) today announced that they have acquired a portfolio of 23 abbreviated new drug applications (ANDAs), covering 17 product families, all of which have been previously approved by the U.S. Food and Drug Administration (FDA). Financial terms were not disclosed.

Of the newly acquired products, Heritage and its parent company, Emcure Pharmaceuticals Ltd. had previously manufactured most of these products under a supply agreement with a third party, and Heritage plans to launch all of these products into the U.S. market under a Heritage label with immediate availability starting in Q2 2019 through its affiliate, Heritage Pharmaceuticals Inc.

"The addition of these new products to our growing portfolio is another step forward in our efforts to strengthen our U.S. business and operations," stated William S. Marth, the Global President and CEO of the Heritage Group, Regulated Markets. Mr. Marth added that "we remain focused on delivering high-quality products to our customers and patients. Our previous experience producing the vast majority of these products will enable us to quickly resume manufacturing and begin production immediately."

**About Heritage**
A wholly owned subsidiary of Emcure Pharmaceuticals Limited, and strategically located in East Brunswick, New Jersey, Heritage Pharma Labs Inc. is a specialty pharmaceutical company engaged in the development, manufacturing, packaging, and sales of generic and legacy branded pharmaceutical products for the U.S. prescription drug market. Since inception, our customers have experienced the benefits of our continuous product expansion and global alliance network among the Emcure and Heritage Group family that has produced an impressive portfolio of over 150 products spanning multiple dosage forms. The Heritage Group's products cover several therapeutic categories, including but not limited to: oncology, cardiovascular, metabolic disease, anti-infective and pain management. Whether its oral solids or complex injectables, the Heritage portfolio is poised to continue to rapidly expand and deliver the Value Driven Medicine required to keep our customers competitive in the marketplace. Let our formula of high quality and consistent supply work for you as we continue to provide affordable healthcare solutions to the U.S. consumer.

###

# Attachment 7
# (filed under seal)

# Attachment 8
# (filed under seal)

# Attachment 9
# (filed under seal)

# Attachment 10
# (filed under seal)

# Attachment 11
# (filed under seal)

# Attachment 12
# (filed under seal)

# Attachment 13
# (filed under seal)

# Attachment 14
# (filed under seal)

# Attachment 15
# (filed under seal)

# Attachment 16
# (filed under seal)

# Attachment 17
# (filed under seal)

# Attachment 18
# (filed under seal)

# Attachment 19
# (filed under seal)

# Attachment 20
# (filed under seal)

Attachment 21
(filed under seal)

# Attachment 22
# (filed under seal)

# Attachment 23
# (filed under seal)

# Attachment 24
# (filed under seal)

# Attachment 25
# (filed under seal)

# Attachment 26

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>ACCORD HEALTHCARE INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 18-1043-LPS |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") owns U.S. Patent No. 5,604,229 ("the '229 patent"), directed to the active ingredient, fingolimod, in Gilenya®, the Novartis branded product indicated for patients with relapsing-remitting multiple sclerosis;

WHEREAS, Defendant Emcure Pharmaceuticals, Ltd. ("Emcure") filed Abbreviated New Drug Application No. 207927 through its U.S. subsidiary, Defendant Heritage Pharmaceuticals Inc. (together with Emcure, "Heritage"), for permission to sell generic Gilenya upon expiration of the '229 patent;

WHEREAS, the '229 patent precludes the sale of a generic version of Novartis's Gilenya brand medication until August 18, 2019;

WHEREAS, several Petitioners (but not Heritage) brought an *inter-partes* review challenging all of the claims of U.S. Patent No. 9,187,405 ("the '405 patent"), the Novartis patent that is the subject of the present action;

WHEREAS, the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office determined that Petitioners did not establish by a preponderance of the evidence the unpatentability of all of the claims of the '405 patent in a Final Written Decision issued on July 11, 2018 in IPR2017-00854 (attached as Exhibit B to the Complaint in this action);

WHEREAS, Novartis contends in this action that the '405 patent precludes the sale of generic Gilenya until 2027, which Heritage denies;

WHEREAS, Novartis seeks to expeditiously resolve its claims in this matter in view of the August 18, 2019 expiration date of the '229 patent;

WHEREAS, Novartis envisions that a motion for preliminary injunctive relief or other forms of preliminary relief may be sought to preserve the *status quo* if the present action is not resolved by August 19, 2019; and

WHEREAS, Novartis served Heritage with the Complaint in this action on July 19, 2018, and Heritage has asked for a sixty-day extension of time to respond to the Complaint, such that its response to the Complaint would be due on October 8, 2018;

IT IS HEREBY STIPULATED AND AGREED, by and between Novartis and Heritage, as follows:

1. Heritage's time to answer the Complaint shall be extended to October 8, 2018.

2. Heritage shall not file any motion under Federal Rule of Civil Procedure 12 in this action; any motion directed to process, sufficiency of process, personal jurisdiction or venue; or any other motion before answering the Complaint. For the avoidance of doubt, Heritage agrees to litigate this action in the District of Delaware and, solely for the purposes of this action, waives any challenge to venue or personal jurisdiction it may otherwise have.

- 2 -

3.      Heritage shall not use the delay in answering the Complaint as the basis for, or in connection with, any argument in opposition to any form of temporary, preliminary or expedited relief sought by Novartis in this matter, including without limitation, a request for an expedited case schedule.

4.      Regardless of having not yet answered the Complaint, Heritage shall promptly cooperate with Novartis:

a.      in negotiating a case schedule and jointly requesting a prompt scheduling conference date with the Court, with that conference to occur on or before September 28, 2018, or at the Court's earliest convenience thereafter;

b.      in negotiating (i) a protective order to govern the exchange of confidential discovery materials; and (ii) an e-discovery protocol for these proceedings; and

c.      in producing to Novartis Heritage's Abbreviated New Drug Application No. 207927 according to the Default Standard for Discovery in this District with respect to the production of core technical documents, or such earlier time as agreed to by the parties or ordered by the Court.

ME1 27851718v.1

Dated:   August 9, 2018

GOODWIN PROCTER LLP

/s/ Michael B. Cottler
Michael B. Cottler
The New York Times Building
620 Eighth Avenue
New York, NY 10018
mcottler@goodwinlaw.com
(212) 813-8800

*Attorney for Emcure Pharmaceuticals, Ltd.
and Heritage Pharmaceuticals Inc.[1]*

McCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*mkelly@mccarter.com*
*dsilver@mccarter.com*
*bsmyth@mccarter.com*

OF COUNSEL:

Jane M. Love, Ph.D.
Robert Trenchard
Paul E. Torchia
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
*JLove@gibsondunn.com*
*RTrenchard@gibsondunn.com*
*PTorchia@gibsondunn.com*

Andrew P. Blythe
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
*ABlythe@gibsondunn.com*

*Attorneys for Novartis Pharmaceuticals
Corporation*

SO ORDERED this _____ day of August, 2018.

_____
Chief United States District Judge

---

[1] Emcure Pharmaceuticals, Ltd. and Heritage Pharmaceuticals Inc. have not yet retained Delaware counsel.

- 4 -

# Attachment 27
# (filed under seal)

# Attachment 28
# (filed under seal)

# Attachment 29
# (filed under seal)

Attachment 30
(filed under seal)

Attachment 31
(filed under seal)

Attachment 32
(filed under seal)

# Attachment 33
# (filed under seal)

# Attachment 34

Healthcare Provider License: EMCURE PHARMACEUTICALS LTD

**Healthcare Provider License Record**

**Source Information**

| | |
|---|---|
| Information Current Through: | 05/06/2019 |
| Database Last Updated: | 05/07/2019 |
| Update Frequency: | MONTHLY |
| Current Date: | 06/04/2019 |
| Source: | MISSOURI DIVISION OF PROFESSIONAL REGULATION |

**Provider Information:**

| | |
|---|---|
| Name: | EMCURE PHARMACEUTICALS LTD |
| DBA: | EMCURE PHARMACEUTICALS LTD |
| Entity Type: | COMPANY |
| Address: | PLOT NO P-2, ITBT PARK MIDC HINJWADI PINE MAHARASHTRA, 41105 |
| Last Reported: | 10/27/2011 |
| Additional Information | PROFESSION=DDR; STATUS=ACTIVE; EXPIRED=NOT EXPIRED; LICENSE PROFESSION=DDR; CLAS_DESCRIPTION=OUT OF STATE WHOLESALE |

**Reporting Authority Information**

| | |
|---|---|
| Publication: | DRUG DISTRIBUTOR LICENSE ROSTER |
| Authority: | MISSOURI DIVISION OF PROFESSIONAL REGULATION |
| State: | MO |

**License Information**

| | |
|---|---|
| License Number: | 2008025311 |
| License State: | MO |
| License First Issue Date: | 08/14/2008 |
| License Expiration Date: | 10/31/2011 |
| License Status: | ACTIVE; |
| Provider Type: | SUPPLIERS |
| Provider Class: | PHARMACY |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

End of Document

© 2019 Thomson Reuters. No claim to original U.S. Government Works.

# Attachment 35

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

**f** **SHARE** (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/SEARCH_PRODUCT.CFM)

**🐦** **TWEET** (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/SEARCH_PRODUCT.CFM)

**±**

**✉ EMAIL** (MAILTO:?SUBJECT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/SEARCH_PRODUCT.CFM)

Home (index.cfm?resetfields=1) | Modify Search (index.cfm?panel=1&sponsor_applicant=EMCURE PHARMACEUTICALS LTD)

## Search Results for Applicant: *EMCURE PHARMACEUTICALS LTD*

**38 records returned**

☑ RX ☑ OTC ☑ DISCN

CSV   Excel   Print

Display 50 ▼ records per page     Search for text in the table: [_____]

| Mkt. Status | Active Ingredient | Proprietary Name | Appl No | Dosage Form | Route | Strength | TE Code (https://www.fda.gov/Drugs/Developme |
|---|---|---|---|---|---|---|---|
| RX | ACARBOSE | ACARBOSE | A202271 (results_product.cfm? Appl_Type=A&Appl_No=202271) | TABLET | ORAL | 25MG | AB |
| RX | ACARBOSE | ACARBOSE | A202271 (results_product.cfm? Appl_Type=A&Appl_No=202271) | TABLET | ORAL | 50MG | AB |
| RX | ACARBOSE | ACARBOSE | A202271 (results_product.cfm? Appl_Type=A&Appl_No=202271) | TABLET | ORAL | 100MG | AB |
| RX | ACETAZOLAMIDE SODIUM | ACETAZOLAMIDE SODIUM | A202693 (results_product.cfm? Appl_Type=A&Appl_No=202693) | INJECTABLE | INJECTION | EQ 500MG BASE/VIAL | AP |
| RX | ADENOSINE | ADENOSINE | A202313 (results_product.cfm? Appl_Type=A&Appl_No=202313) | SOLUTION | INTRAVENOUS | 60MG/20ML (3MG/ML) | AP |
| RX | ADENOSINE | ADENOSINE | A202313 (results_product.cfm? Appl_Type=A&Appl_No=202313) | SOLUTION | INTRAVENOUS | 90MG/30ML (3MG/ML) | AP |
| RX | AMIKACIN SULFATE | AMIKACIN SULFATE | A204040 (results_product.cfm? Appl_Type=A&Appl_No=204040) | INJECTABLE | INJECTION | EQ 250MG BASE/ML | AP |
| RX | BENZPHETAMINE HYDROCHLORIDE | BENZPHETAMINE HYDROCHLORIDE | A202061 (results_product.cfm? Appl_Type=A&Appl_No=202061) | TABLET | ORAL | 50MG | AA |
| RX | CARMUSTINE | BICNU | N017422 (results_product.cfm? Appl_Type=N&Appl_No=017422) | INJECTABLE | INJECTION | 100MG/VIAL | AP |
| RX | CIDOFOVIR | CIDOFOVIR | A202501 (results_product.cfm? Appl_Type=A&Appl_No=202501) | INJECTABLE | INJECTION | EQ 75MG BASE/ML | AP |
| RX | COLISTIMETHATE SODIUM | COLISTIMETHATE SODIUM | A202359 (results_product.cfm? Appl_Type=A&Appl_No=202359) | INJECTABLE | INJECTION | EQ 150MG BASE/VIAL | AP |
| RX | DOXYCYCLINE HYCLATE | DOXYCYCLINE HYCLATE | A209969 (results_product.cfm? Appl_Type=A&Appl_No=209969) | TABLET | ORAL | EQ 100MG BASE | AB |

| Mkt. Status | Active Ingredient | Proprietary Name | Appl No | Dosage Form | Route | Strength | TE Code (https://www.fda.gov/Drugs/Developme |
|---|---|---|---|---|---|---|---|

| Mkt. Status | Active Ingredient | Proprietary Name | Appl No | Dosage Form | Route | Strength | TE Code (https://www.fda.gov/Drugs/Developmen |
|---|---|---|---|---|---|---|---|
| RX | ETOMIDATE | ETOMIDATE | A204618 (results_product.cfm? Appl_Type=A&Appl_No=204618) | INJECTABLE | INJECTION | 2MG/ML | AP |
| RX | FOSINOPRIL SODIUM; HYDROCHLOROTHIAZIDE | FOSINOPRIL SODIUM AND HYDROCHLOROTHIAZIDE | A079025 (results_product.cfm? Appl_Type=A&Appl_No=079025) | TABLET | ORAL | 10MG; 12.5MG | AB |
| RX | FOSINOPRIL SODIUM; HYDROCHLOROTHIAZIDE | FOSINOPRIL SODIUM AND HYDROCHLOROTHIAZIDE | A079025 (results_product.cfm? Appl_Type=A&Appl_No=079025) | TABLET | ORAL | 20MG; 12.5MG | AB |
| RX | FUROSEMIDE | FUROSEMIDE | A203428 (results_product.cfm? Appl_Type=A&Appl_No=203428) | INJECTABLE | INJECTION | 10MG/ML | AP |
| RX | GEMCITABINE HYDROCHLORIDE | GEMCITABINE HYDROCHLORIDE | A202063 (results_product.cfm? Appl_Type=A&Appl_No=202063) | INJECTABLE | INJECTION | EQ 200MG BASE/VIAL | AP |
| RX | GEMCITABINE HYDROCHLORIDE | GEMCITABINE HYDROCHLORIDE | A202063 (results_product.cfm? Appl_Type=A&Appl_No=202063) | INJECTABLE | INJECTION | EQ 1GM BASE/VIAL | AP |
| RX | IBANDRONATE SODIUM | IBANDRONATE SODIUM | A203987 (results_product.cfm? Appl_Type=A&Appl_No=203987) | INJECTABLE | INTRAVENOUS | EQ 3MG BASE/3ML | AP |
| RX | IRINOTECAN HYDROCHLORIDE | IRINOTECAN HYDROCHLORIDE | A200771 (results_product.cfm? Appl_Type=A&Appl_No=200771) | INJECTABLE | INJECTION | 40MG/2ML (20MG/ML) | AP |
| RX | IRINOTECAN HYDROCHLORIDE | IRINOTECAN HYDROCHLORIDE | A200771 (results_product.cfm? Appl_Type=A&Appl_No=200771) | INJECTABLE | INJECTION | 100MG/5ML (20MG/ML) | AP |
| RX | METOCLOPRAMIDE HYDROCHLORIDE | METOCLOPRAMIDE | A204756 (results_product.cfm? Appl_Type=A&Appl_No=204756) | INJECTABLE | INJECTION | EQ 5MG BASE/ML | AP |
| RX | ONDANSETRON HYDROCHLORIDE | ONDANSETRON HYDROCHLORIDE | A090424 (results_product.cfm? Appl_Type=A&Appl_No=090424) | INJECTABLE | INJECTION | EQ 2MG BASE/ML | AP |
| RX | ONDANSETRON HYDROCHLORIDE | ONDANSETRON HYDROCHLORIDE PRESERVATIVE FREE | A078945 (results_product.cfm? Appl_Type=A&Appl_No=078945) | INJECTABLE | INJECTION | EQ 2MG BASE/ML | AP |
| RX | OXYBUTYNIN CHLORIDE | OXYBUTYNIN CHLORIDE | A211682 (results_product.cfm? Appl_Type=A&Appl_No=211682) | TABLET | ORAL | 5MG | AB |
| RX | PROCHLORPERAZINE EDISYLATE | PROCHLORPERAZINE EDISYLATE | A204147 (results_product.cfm? Appl_Type=A&Appl_No=204147) | INJECTABLE | INJECTION | EQ 5MG BASE/ML | AP |
| RX | RIFAMPIN | RIFAMPIN | A204101 (results_product.cfm? Appl_Type=A&Appl_No=204101) | INJECTABLE | INJECTION | 600MG/VIAL | AP |
| RX | RIZATRIPTAN BENZOATE | RIZATRIPTAN BENZOATE | A204090 (results_product.cfm? Appl_Type=A&Appl_No=204090) | TABLET | ORAL | EQ 5MG BASE | AB |
| RX | RIZATRIPTAN BENZOATE | RIZATRIPTAN BENZOATE | A204090 (results_product.cfm? Appl_Type=A&Appl_No=204090) | TABLET | ORAL | EQ 10MG BASE | AB |
| RX | TRANEXAMIC ACID | TRANEXAMIC ACID | A203521 (results_product.cfm? Appl_Type=A&Appl_No=203521) | INJECTABLE | INJECTION | 100MG/ML | AP |
| RX | VANCOMYCIN HYDROCHLORIDE | VANCOMYCIN HYDROCHLORIDE | A202275 (results_product.cfm? Appl_Type=A&Appl_No=202275) | INJECTABLE | INJECTION | EQ 500MG BASE/VIAL | AP |
| RX | VANCOMYCIN HYDROCHLORIDE | VANCOMYCIN HYDROCHLORIDE | A202464 (results_product.cfm? Appl_Type=A&Appl_No=202464) | INJECTABLE | INJECTION | EQ 10GM BASE/VIAL | AP |
| RX | VANCOMYCIN HYDROCHLORIDE | VANCOMYCIN HYDROCHLORIDE | A202275 (results_product.cfm? Appl_Type=A&Appl_No=202275) | INJECTABLE | INJECTION | EQ 1GM BASE/VIAL | AP |
| RX | VANCOMYCIN HYDROCHLORIDE | VANCOMYCIN HYDROCHLORIDE | A202274 (results_product.cfm? Appl_Type=A&Appl_No=202274) | INJECTABLE | INJECTION | EQ 5GM BASE/VIAL | AP |

| Mkt. Status | Active Ingredient | Proprietary Name | Appl No | Dosage Form | Route | Strength | TE Code (https://www.fda.gov/Drugs/Developmen |
|---|---|---|---|---|---|---|---|

| Mkt. Status | Active Ingredient | Proprietary Name | Appl No | Dosage Form | Route | Strength | TE Code (https://www.fda.gov/Drugs/Developmer |
|---|---|---|---|---|---|---|---|
| RX | ZOLEDRONIC ACID | ZOLEDRONIC ACID | A201783 (results_product.cfm? Appl_Type=A&Appl_No=201783) | INJECTABLE | INTRAVENOUS | EQ 4MG BASE/5ML | AP |
| RX | ZOLEDRONIC ACID | ZOLEDRONIC ACID | A201801 (results_product.cfm? Appl_Type=A&Appl_No=201801) | INJECTABLE | INTRAVENOUS | EQ 5MG BASE/100ML | AP |
| DISCN | LEVOFLOXACIN | LEVOFLOXACIN | A202590 (results_product.cfm? Appl_Type=A&Appl_No=202590) | INJECTABLE | INJECTION | EQ 500MG/20ML (EQ 25MG/ML) | |
| DISCN | LEVOFLOXACIN | LEVOFLOXACIN | A202590 (results_product.cfm? Appl_Type=A&Appl_No=202590) | INJECTABLE | INJECTION | EQ 750MG/30ML (EQ 25MG/ML) | |
| Mkt. Status | Active Ingredient | Proprietary Name | Appl No | Dosage Form | Route | Strength | TE Code (https://www.fda.gov/Drugs/Developmer |

howing 1 to 38 of 38 entries

Previous   1   Next

# Attachment 36
# (filed under seal)

# Attachment 37
# (filed under seal)

# Attachment 38
# (filed under seal)

# Attachment 39
# (filed under seal)