# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE<br><br>Individual Case No.<br>17-cv-03768 (CMR) |
| THIS DOCUMENT RELATES TO:<br><br>*State Attorneys General Litigation* | |

FILED
SEP 24 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 24th day of September 2019, it is hereby **ORDERED** that the attached stipulation is **APPROVED**. The Court will assert specific personal jurisdiction over defendant Emcure Pharmaceuticals Ltd. ("Emcure"), and all pending briefing related to specific or general personal jurisdiction over Emcure (Case No. 17-cv-03768-CMR (Doc. Nos. 155 and 170)) is withdrawn. The Plaintiff States' allegation in its pending opposition brief that the Court could assert general personal jurisdiction over Emcure (Consolidated Amended Complaint in *State of Connecticut et al v. Actavis Holdco U S , Inc. et al.*, Case No. 17-cv-03768-CMR (Doc. No. 15) ¶ 20)) is also withdrawn.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br>*State Attorneys General Litigation* | Individual Case No.<br>17-cv-03768 (CMR) |

## JOINT STIPULATION REGARDING THE COURT'S PERSONAL JURISDICTION OVER DEFENDANT EMCURE PHARMACEUTICALS LTD.

WHEREAS, on June 18, 2018, the Plaintiff State Attorneys General (the "Plaintiff States") filed a Consolidated Amended Complaint in *State of Connecticut et al v. Actavis Holdco U.S., Inc. et al.*, Case No. 17-cv-03768-CMR (Doc. No. 15), which is centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-02724-CMR, MDL No. 2724.

WHEREAS, the Consolidated Amended Complaint asserts that this Court may exercise personal jurisdiction over all defendants, including Emcure Pharmaceuticals Ltd. ("Emcure"). Case No. 17-cv-03768-CMR (Doc. No. 15) ¶ 20.

WHEREAS, Emcure and defendant Satish Mehta ("Mr. Mehta") moved jointly to dismiss the Consolidated Amended Complaint on May 31, 2019 pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, on the basis that the Consolidated Amended

Complaint lacks a basis on which to assert general or specific personal jurisdiction over Emcure and Mr. Mehta and lacks factual allegations to support its claim that Emcure and Mr. Mehta participated in a conspiracy in violation of antitrust and consumer protection laws. Case No. 17-cv-03768-CMR (Doc. No. 155).

WHEREAS, on July 26, 2019, Plaintiff States filed an Opposition to Emcure and Mr. Mehta's motion to dismiss, arguing that this Court may exercise specific and general personal jurisdiction over Emcure and specific personal jurisdiction over Mr. Mehta and that the Consolidated Amended Complaint sufficiently states claims against Emcure and Mr. Mehta. Case No. 17-cv-03768-CMR (Doc. No. 170).

WHEREAS, Emcure and Plaintiff States have reached an agreement regarding Plaintiff States' assertion of personal jurisdiction over Emcure and the attendant briefing addressing that issue.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. Emcure will submit to the Court's specific personal jurisdiction for purposes of the allegations set forth in the Consolidated Amended Complaint in this action, *State of Connecticut et al v. Actavis Holdco U.S., Inc. et al.*, Case No. 17-cv-03768-CMR (Doc. No. 15).

2. Emcure will withdraw its motion to dismiss the Consolidated Amended Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

3. Plaintiff States will withdraw their allegation and argument that the Court can assert general personal jurisdiction over Emcure, and that issue will not be decided by this Court in ruling on Emcure's motion to dismiss. Case No. 17-cv-03768-CMR (Doc. No. 155).

4. This stipulation is not and shall not be construed as a withdrawal of Emcure's

motion to dismiss the Consolidated Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. Emcure will file a reply in support of that motion on or before September 6, 2019 as previously stipulated and ordered. *See* Order, Case No. 17-cv-03768-CMR (Doc. No. 100).

5. This stipulation is not and shall not be construed as a withdrawal of Mr. Mehta's motion to dismiss the Consolidated Amended Complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) based on lack of personal jurisdiction and failure to state a claim. Mr. Mehta also will file a reply in support of that motion on or before September 6, 2019 as previously stipulated and ordered. *See* Order, Case No. 17-cv-03768-CMR (Doc. No. 100).

Respectfully submitted,

Dated: August 22, 2019

*/s/ Marguerite M Sullivan*
Marguerite Sullivan
Latham & Watkins LLP
555 Eleventh St., N.W.
Washington, D.C., 20004
(202) 637-2200
marguerite.sullivan@lw.com

*/s/ Michael Lacovara*
Michael Lacovara
Latham & Watkins LLP
885 Third Avenue
New York, NY 1022
(212) 906-1200
michael.lacovara@lw.com

**Counsel for Defendants**
**Emcure Pharmaceuticals Ltd.**
**and Satish Mehta**

*/s/ Daniel H. Leff*
Daniel H. Leff
Assistant Attorney General
Antitrust Division
One Ashburton Place
Boston, MA 02108
(617) 963-2613
daniel.leff@mass.gov

**Counsel for the Commonwealth of Massachusetts**

*/s/ W Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
860-808-5040
Joseph.Nielsen@ct.gov

**Liaison Counsel for Plaintiff States**

CERTIFICATE OF SERVICE

This document is being electronically filed through the Court's ECF System. In this regard, counsel for the Emcure Pharmaceuticals Ltd. and Satish Mehta hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) State Plaintiffs' counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

/s/ Marguerite M. Sullivan

Marguerite Sullivan
Latham & Watkins LLP
555 Eleventh St., N.W.
Washington, D.C., 20004
(202) 637-2200
marguerite.sullivan@lw.com