IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>Case No. 16-md-2724-CMR<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*State Attorneys General Litigation* | Civil Action No. 2:17-cv-03768 |
| *Ahold USA, Inc. et al. v. Actavis Holdco U.S., Inc. et al.* | Civil Action No. 2:18-cv-02641 |
| *1199SEIU National Benefit Fund, et al v. Actavis Holdco US, Inc. et al* | Civil Action No. 2:18-cv-02401 |
| *West Val Pharmacy, et al v. Actavis Holdco U.S., Inc., et al* | Civil Action No. 2:18-cv-02533 |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al* | Civil Action No. 2:18-cv-00284 |
| *Marion Diagnostic Center, LLC, et al. v. McKesson Corp., et al* | Civil Action No. 2:18-cv-04137 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | Civil Action No. 2:18-cv-03299 |
| *All Doxycycline Actions* | Civil Action No. 2:16-dx-27240 |
| *All Glyburide Actions* | Civil Action No. 2:16-gl-27240 |
| *All Propranolol Actions* | Civil Action No. 2:16-pp-27240 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

Pursuant to Pretrial Order No. 1 ¶ 7, kindly enter the appearance of Karl Herrmann of the firm Reed Smith LLP, as counsel for defendant Heritage Pharmaceuticals Inc. in the above-captioned MDL and related cases.

- 2 -

DATED:  September 26, 2019             Respectfully submitted,

*/s/ Karl E. Herrmann*
Karl E. Herrmann, Esq.
**REED SMITH LLP**
1301 K Street NW
Suite 1000-East Tower
Washington, DC 20005
Telephone: 202.414.9238
Facsimile: 202.414.9299
kherrmann@reedsmith.com

*Counsel for Defendant Heritage Pharmaceuticals Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 26, 2019, I caused a copy of the foregoing to be filed through this Court's CM/ECF filer system, which will serve a notice of electronic filing on all registered users, including counsel of record for all parties.

                                                /s/ *Karl E. Herrmann*
                                                Karl E. Herrmann