IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE<br><br>Individual Case No.<br>17-cv-03768 (CMR) |
| THIS DOCUMENT RELATES TO:<br><br>*State Attorneys General Litigation* | |

## THE EMCURE DEFENDANTS NOTICE OF JOINDER TO DEFENDANTS' JOINT MOTION TO STAY DISCOVERY PENDING A PETITION FOR A WRIT OF MANDAMUS

Whereas a Petition for a Writ of Mandamus has been filed in the Court of Appeals for the Third Circuit by certain defendants that could impact the application of a governing Pre-Trial Order in this Multi-District Litigation, Defendants Emcure Pharmaceuticals Ltd. and Satish Mehta (the "Emcure Defendants"), by and through its undersigned counsel, join the Motion to Stay the Discovery Obligations Outlined in Paragraph 3(b) of Pre-Trial Order 105, filed on October 31, 2019 (ECF No. 1144).

Respectfully submitted,

Dated: November 4, 2019

*/s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
Latham & Watkins LLP
555 Eleventh St., N.W.
Washington, D.C., 20004
(202) 637-2200
marguerite.sullivan@lw.com

*/s/ Michael Lacovara*
Michael Lacovara
Latham & Watkins LLP
885 Third Avenue
New York, NY 1022
(212) 906-1200
michael.lacovara@lw.com

***Counsel for Defendants
Emcure Pharmaceuticals, Ltd.
and  Satish Mehta***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF System, which sent notice to all counsel of record in this action.

/s/ Marguerite M. Sullivan
Marguerite Sullivan