UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL: 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*State Attorneys General Litigation* | HON. CYNTHIA M. RUFE<br><br>Civl Action No. 2:17-cv-03768 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Pursuant to Local Rule 5.1(c), the undersigned, Erica Koscher of the Office of the Attorney General of the State of Washington, hereby submits her Withdrawal of Appearance as counsel for Plaintiff State of Washington in the above-captioned matter. Assistant Attorney General Travis Kennedy of the Office of the Attorney General of the State of Washington will continue to represent Plaintiff State of Washington and it will not be without representation in this matter.

Dated: January 7, 2020

                                                          Respectfully submitted,

                                                          PLAINTIFF
                                                          STATE OF WASHINGTON
                                                          ROBERT W. FERGUSON
                                                          ATTORNEY GENERAL

                                    By:    /s/ Erica A. Koscher
                                                     Erica A. Koscher, WSBA No. 44281
                                                     Assistant Attorney General
                                                     State of Washington
                                                     800 Fifth Ave., Ste. 2000
                                                     Seattle, WA  98104
                                                     Telephone: (206) 326-5484
                                                     E-mail: erica.koscher@atg.wa.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January 2020, I cause the foregoing Entry of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ Erica A. Koscher
Erica A. Koscher, WSBA No. 44281
Assistant Attorney General
State of Washington