## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | **MDL 2724**<br>**16-MD-2724**<br><br>**HON. CYNTHIA M. RUFE**<br><br>**Individual Case No.** |
| THIS DOCUMENT RELATES TO:<br><br>*State Attorneys General Litigation* | **17-cv-03768 (CMR)** |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Marguerite M. Sullivan, an attorney at Latham & Watkins LLP, respectfully notifies the Court of her withdrawal as counsel for Defendants Emcure Pharmaceuticals, Ltd. and Satish Mehta in the above-captioned matter.

Dated: January 13, 2020                               Respectfully submitted,

</p>
<p style="padding-left: 50%;">
<u>/s/ Marguerite M. Sullivan</u><br>
Marguerite M. Sullivan<br>
Latham & Watkins LLP<br>
555 Eleventh St., N.W.<br>
Washington, D.C., 20004<br>
(202) 637-2200<br>
marguerite.sullivan@lw.com<br>
<br>
***Counsel for Defendants***<br>
***Emcure Pharmaceuticals, Ltd.***<br>
***and Satish Mehta***

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2020, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF System, which sent notice to all counsel of record in this action.

*/s/ Marguerite M. Sullivan*
Marguerite M. Sullivan