**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-md-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*STATE ATTORNEYS GENERAL LITIGATION* | HON. CYNTHIA M. RUFE<br><br>Civil Action No.<br><br>2:17-cv-3768-CMR |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF**
**DEFENDANTS' JOINT MOTIONS TO DISMISS PLAINTIFFS'**
**FEDERAL LAW CLAIMS AND STATE-LAW CLAIMS**

Defendants submit this Notice of Supplemental Authority in further support of their Joint

Motion to Dismiss Plaintiffs' Federal Law Claims for Lack of Standing, Dkt. 74, and Joint

Motion to Dismiss Plaintiffs' State-Law Claims, Dkt. 157.  The joint motions argue, *inter alia*,

that disgorgement is not an available remedy to the States under Section 16 of the Clayton Act,

15 U.S.C. § 26, which permits plaintiffs to seek "injunctive relief" for harm caused by

"threatened loss or damage by a violation of the antitrust laws," or under certain state laws

authorizing "injunctions" or "injunctive relief."

On April 22, 2021, the Supreme Court issued its opinion in *AMG Capital Management,*

*LLC v. FTC*, 141 S. Ct. 1341 (2021), analyzing the availability of equitable monetary relief in a

similar context: Section 13(b) of the Federal Trade Commission Act (15 U.S.C. § 53(b)), which,

like Section 16 of the Clayton Act, governs forward-looking remedies and authorizes injunctive

relief.  The Court held that Section 13(b) does not allow for recovery of equitable monetary

remedies.  *See AMG Capital*, 141 S. Ct. at 1347 ("An 'injunction' is not the same as an award of

equitable monetary relief").  The Court's reasoning and holding closely track Judge

O'Scannlain's special concurrence in the Ninth Circuit's decision in *AMG Capital*, which Defendants cited in their reply brief in support of their joint motion to dismiss.  Dkt. 164 at 2–4.[1]

    *AMG Capital* is relevant to the following sections of Defendants' briefs in support of their joint motions to dismiss: Defendants' Memorandum of Law in Support of Their Joint Motion to Dismiss Plaintiffs' Federal Law Claims for Lack of Standing, Dkt. 74-1 at 5–7 ("The States Cannot Obtain Monetary Relief Under Federal Law"); Defendants' Reply in Support of Their Joint Motion to Dismiss Plaintiffs' Federal-Law Claims for Lack of Standing, Dkt. 164 at 1–4 ("Section 16 Of The Clayton Act Does Not Provide for a Disgorgement Remedy"); Defendants' Joint Motion to Dismiss Plaintiffs' State-Law Claims, Dkt. 157 at 2, 5–7, 9–10 (arguing that States are not authorized to assert claims for monetary relief under statutes that authorize injunctive relief); Defendants' Reply in Support of Their Joint Motion to Dismiss Plaintiffs' State-Law Claims, Dkt. 183 at 1, 7, 21–22 (same).

    A copy of the Supreme Court's opinion in *AMG Capital* is attached hereto as Exhibit A.

---

[1] Further, the Court in its opinion cited *FTC v. Abbvie, Inc.*, 976 F.3d 327 (3d Cir. 2020), leaving that decision in place as controlling precedent in the Third Circuit.  *AMG Capital*, 141 S. Ct. at 1351.  Defendants previously submitted a notice of supplemental authority on *Abbvie*, which noted that *AMG Capital* was pending before the Supreme Court and explained that *Abbvie* and *AMG Capital* concern legal issues similar to those before this Court, namely, what the term "injunction" authorizes and what remedies are available under provisions granting forward-looking relief.  Dkt. 231.

Dated: May 5, 2021

/s/ Sheron Korpus

Sheron Korpus
Seth A. Moskowitz
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com
smoskowitz@kasowitz.com

*Counsel for Defendants Actavis Pharma, Inc. and Actavis Holdco U.S., Inc.*

/s/ Steven E. Bizar

Steven E. Bizar
John P. McClam
Tiffany E. Engsell
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
steven.bizar@dechert.com
john.mcclaim@dechert.com
tiffany.engsell@dechert.com

*Counsel for Defendant Citron Pharma LLC*

Respectfully submitted,

/s/ Benjamin F. Holt

Benjamin F. Holt
Adam K. Levin
Justin W. Bernick
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
benjamin.holt@hoganlovells.com
adam.levin@hoganlovells.com
justin.bernick@hoganlovells.com

Jasmeet K. Ahuja
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
jasmeet.ahuja@hoganlovells.com

*Counsel for Defendant Mylan Pharmaceuticals Inc.*

/s/ Jason R. Parish

Jason R. Parish
Bradley J. Kitlowski
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW
Washington, D.C. 20006
Tel: (202) 452-7900
Fax: (202) 452-7989

*Counsel for Defendant Zydus Pharmaceuticals (USA), Inc.*

*/s/ W. Gordon Dobie*

W. Gordon Dobie
**WINSTON & STRAWN LLP**
35 W. Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
WDobie@winston.com

Irving Wiesen
**LAW OFFICES OF IRVING L. WIESEN, P.C.**
420 Lexington Avenue - Suite 2400
New York, NY 10170
Tel: (212) 381-8774
Fax: (646) 536-3185
iwiesen@wiesenlaw.com

*Counsel for Defendant Ascend Laboratories, LLC*

*/s/ Wayne A. Mack*

Wayne A. Mack
Sean P. McConnell
Sarah O'Laughlin Kulik
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1152
wamack@duanemorris.com
spmcconnell@duanemorris.com
sckulik@duanemorris.com

*Counsel for Defendant Aurobindo Pharma USA, Inc.*

*/s/ Roger Kaplan*

Roger Kaplan
Aaron Van Nostrand
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel: (973) 360-7900
Fax: (973) 295-1257
kaplanr@gtlaw.com
vannostranda@gtlaw.com

*Counsel for Defendant Dr. Reddy's Laboratories, Inc.*

*/s/ Saul P. Morgenstern*

Saul P. Morgenstern
Margaret A. Rogers
Alice C.C. Huling
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com
margaret.rogers@apks.com
alice.huling@apks.com

Laura S. Shores
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

*Counsel for Defendant Sandoz Inc.*

4

*/s/ J. Gordon Cooney, Jr.*

J. Gordon Cooney, Jr.
John J. Pease, III
Alison Tanchyk
William T. McEnroe
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com

Amanda B. Robinson
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
amanda.robinson@morganlewis.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

*/s/ Steven A. Reed*

Steven A. Reed
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5603
Fax: (215) 963-5001
steven.reed@morganlewis.com

*Counsel for Defendant Glenmark Pharmaceuticals Inc., USA*

*/s/ Ryan T. Becker*

Gerald E. Arth
Ryan T. Becker
Nathan M. Buchter
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com
nbuchter@foxrothschild.com

George G. Gordon
Julia Chapman
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2000
Fax: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com

*Counsel for Defendant Lannett Company, Inc.*

/s/ Edward B. Schwartz

Edward B. Schwartz
Andrew C. Bernasconi
**REED SMITH  LLP**
1301 K Street NW, Ste. 1000
Washington, D.C. 20005
Tel: (202) 414-9200
Fax: (202) 414-9299
escshwartz@reedsmith.com
abernasconi@reedsmith.com

Nicholas V. Albu
**REED SMITH LLP**
7900 Tysons One Place, Suite 500
McLean, VA 22102
Tel: (703) 641-4200
Fax: (703) 641-4340
nalbu@reedsmith.com

*Counsel for Defendant Heritage*
*Pharmaceuticals Inc.*

/s/ John E. Schmidtlein

John E. Schmidtlein
Sarah F. Kirkpatrick
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
skirkpatrick@wc.com

*Counsel for Defendant Par Pharmaceutical*
*Companies, Inc.*

/s/ Michael Martinez

Michael Martinez
Steven Kowal
Lauren Norris Donahue
Brian J. Smith
**K&L GATES LLP**
70 W. Madison St., Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-8000
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*

/s/ Robert J. Cleary

Robert J. Cleary
Dietrich L. Snell
David A. Munkittrick
Edward Canter
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
rjcleary@proskauer.com
dsnell@proskauer.com
dmunkittrick@proskauer.com
ecanter@proskauer.com

*Counsel for Defendant Rajiv Malik*

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
John F. Nagle
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Tel: (414) 271-2400
Fax: (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

Terry M. Henry
Melanie S. Carter
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5644
Fax: (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com

*Counsel for Defendant Apotex Corp.*

*/s/ Erik T. Koons*
John M. Taladay
Erik T. Koons
Stacy L. Turner
Christopher P. Wilson
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Tel: (202) 639-7700
Fax: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
**CLARK HILL PLC**
2001 Market St, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8500
Fax: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
**CLARK HILL PLC**
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Tel: (412) 394-7711
Fax: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendant Sun Pharmaceutical Industries, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2021, a copy of the foregoing **Notice of Supplemental Authority in Support of Defendants' Joint Motions to Dismiss Plaintiffs' Federal and State-Law Claims** was served on all counsel of record via the Court's electronic filing system.

/s/ Benjamin F. Holt
Benjamin F. Holt