UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *State of Connecticut, et al. v. Actavis Holdco U.S., Inc., et al.,* | No. 17-cv-03768 |
| *State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc., et al.,* | No. 19-cv-02407 |
| *State of Connecticut, et al. v. Sandoz, Inc., et al.* | No. 20-cv-03539 |

### PLAINTIFF STATE OF MISSISSIPPI'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff State of Mississippi (the "State") by and through its undersigned counsel, voluntarily dismisses with prejudice all claims asserted in the above-referenced Actions by the State against Defendants Teva Pharmaceuticals USA, Inc., Actavis Holdco US Inc., Actavis Elizabeth LLC, Actavis Pharma, Inc., Ara Aprahamian, Maureen Cavanaugh, Marc Falkin, Kevin Green, Nisha Patel, Michael Perfetto, David Rekenthaler, and Richard Rogerson (each a "Defendant," collectively the "Defendants," and together with the State, the "Parties"). The State has named each Defendant in one or more of the above-referenced Actions. With this dismissal, the State will not hereafter commence any action arising out of the facts and circumstances alleged in this multidistrict litigation against any of the aforementioned Defendants. None of the Defendants

has answered the complaints in the three above-referenced Actions, and no Party has served a motion for summary judgment. All Parties will bear their own costs, expenses, and attorneys' fees.

Dated: June 2, 2021

Respectfully submitted,

FOR PLAINTIFF STATE OF MISSISSIPPI

LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

By: _____
Crystal Utley Secoy, MSBN 102132
Consumer Protection Division
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Telephone: 601-359-4213
Fax: 601-359-4231
Email: crystal.utley@ago.ms.gov