# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Connecticut, et al., v. Aurobindo Pharma USA, Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>Case No. 2:17-CV-3768-CMR |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to and accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff State of Alabama hereby voluntarily dismisses all of its claims in the above-entitled action and against all defendants without prejudice. All parties shall bear their own costs.

Dated: March 30, 2022

Respectfully Submitted,

STEVE MARSHALL
ATTORNEY GENERAL

s/ *Christopher D. Howell*
Christopher D. Howell
Assistant Attorney General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 353-1831
Email: Chris.Howell@AlabamaAG.gov

*Attorney for Plaintiff State of Alabama*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2022, I caused the foregoing document to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will serve a copy on all interested parties registered for electronic filing.

                                              s/ *Christopher D. Howell*
                                              Christopher D. Howell
                                              Assistant Attorney General
                                              Office of the Alabama Attorney General