UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *State of Connecticut, et al. v. Actavis Holdco U.S., Inc., et al.,* | No. 17-cv-03768 |
| *State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc., et al.,* | No. 19-cv-02407 |
| *State of Connecticut, et al. v. Sandoz, Inc., et al.* | No. 20-cv-03539 |

**PLAINTIFF STATE OF LOUISIANA'S NOTICE OF**
**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff State of Louisiana (the "State") by and through its undersigned counsel, voluntarily dismisses with prejudice all claims asserted in the above-referenced Actions by the State against Defendants Teva Pharmaceuticals USA, Inc., Actavis Holdco US Inc., Actavis Elizabeth LLC, Actavis Pharma, Inc., Ara Aprahamian, Maureen Cavanaugh, Marc Falkin, Kevin Green, Nisha Patel, Michael Perfetto, David Rekenthaler, and Richard Rogerson (each a "Defendant," collectively the "Defendants," and together with the State, the "Parties"). The State has named each Defendant in one or more of the above-referenced Actions. With this dismissal, the State will not hereafter commence any action arising out of the facts and circumstances alleged in this multidistrict litigation against any of the aforementioned Defendants. None of the Defendants

has answered the complaints in the three above-referenced Actions, and no Party has served a motion for summary judgment. All Parties will bear their own costs, expenses, and attorneys' fees.

Dated: March 31, 2022                    Respectfully submitted,

                                          **JEFF LANDRY**
                                          **ATTORNEY GENERAL OF LOUISIANA**

                                          s/ *William H. Rogers, Jr.*_____
                                          William H. Rogers, Jr. LA #37288
                                          Christopher Alderman LA #38652
                                          Assistant Attorneys General
                                          Louisiana Department of Justice
                                          Office of Attorney General Jeff Landry
                                          Public Protection Division
                                          Complex Litigation Section
                                          1885 North Third Street
                                          Baton Rouge, LA 70802
                                          Telephone: (225) 326-6438
                                          Email: rogersw@ag.louisiana.gov

                                          *Attorneys for Plaintiff State of Louisiana*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF System.

                                                                             s/ *William H. Rogers, Jr.*

                                                                             William H. Rogers, Jr.