IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**Case No. 16-md-2724-CMR**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*All Doxycycline Actions*<br><br>*All Glyburide Actions*<br><br>*All Propranolol Actions*<br><br>*State Attorneys General Litigation*<br><br>*Ahold USA, Inc. et al. v. Actavis Holdco U.S., Inc. et al.*<br><br>*1199SEIU National Benefit Fund, et al v. Actavis Holdco US, Inc. et al*<br><br>*West Val Pharmacy, et al v. Actavis Holdco U.S., Inc., et al*<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al*<br><br>*Humana Inc. v. Actavis Elizabeth, LLC, et al.*<br><br>*County of Albany v. Actavis Holdco US., Inc., et al.* | <br><br>Civil Action No. 2:16-dx-27240<br><br>Civil Action No. 2:16-gl-27240<br><br>Civil Action No. 2:16-pp-27240<br><br>Civil Action No. 2:17-cv-03768<br><br>Civil Action No. 2:18-cv-02641<br><br>Civil Action No. 2:18-cv-02401<br><br>Civil Action No. 2:18-cv-02533<br><br>Civil Action No. 2:18-cv-00284<br><br>Civil Action No. 2:18-cv-03299<br><br>Civil Action No. 2:21-cv-01875 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT:

      Andrew C. Bernasconi respectfully notifies the Court of his withdrawal as counsel for defendant Heritage Pharmaceuticals, Inc. in the MDL and for all cases listed in the above caption.

- 2 -

DATED:  October 28, 2022	Respectfully submitted,

/s/ Andrew C. Bernasconi
Andrew C. Bernasconi, Esq.
**REED SMITH LLP**
1301 K Street NW
Suite 1000-East Tower
Washington, DC 20005
Telephone: 202.414.9280
Facsimile: 202.414.9299
abernasconi@reedsmith.com

*Counsel for Defendant Heritage Pharmaceuticals Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, I caused a copy of the foregoing to be filed through this Court's CM/ECF filer system, which will serve a notice of electronic filing on all registered users, including counsel of record for all parties.

/s/ Andrew C. Bernasconi
Andrew C. Bernasconi, Esq.

- 3 -